IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SCOTT LYONS,<br><br>*Petitioner*,<br><br>v.<br><br>JOSHUA JONES, Warden,<br><br>*Respondent*. | Case No. 5:25-cv-012-TES-CHW<br><br>Proceedings Under 28 U.S.C. § 2254<br>Before the U.S. Magistrate Judge |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 20] to grant Respondent Warden Joshua Jones' motion to dismiss [Doc. 16], to dismiss this action with prejudice as untimely, and to further deny a certificate of appealability. Plaintiff has not timely filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation [Doc. 20, p. 5]. Thus, the Court reviews the Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Report and Recommendation [Doc. 20] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **GRANTS** Respondent's motion to dismiss [Doc. 16] and **DISMISSES** this action with prejudice. The Court further **DENIES** a certificate of appealability.

    **SO ORDERED**, this 17th day of October, 2025.

                              S/ Tilman E. Self, III
                              **TILMAN E. SELF, III, JUDGE**
                              **UNITED STATES DISTRICT COURT**